UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-302-RJC
(3:06-cr-190-RJC-1)

| | |
|---|---|
| JUSAMUEL RODRIGUEZ McCREARY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on a Motion to Stay, (Doc. No. 8), filed by the Government.

Petitioner filed a 28 U.S.C. § 2255 Motion to Vacate through counsel raising a claim pursuant to Johnson v. United States, 135 S.Ct. 2551 (2015). (Doc. No. 1). This action was stayed for several years pending, *inter alia*, the Fourth Circuit Court of Appeals' consideration of United States v. Ali, No. 15-4433. (Doc. No. 5). The Court recently ordered the parties to file a Response indicating why this matter should not proceed based on the United States Supreme Court's decision in United States v. Davis, No. 18-431. (Doc. No. 7). The Government now seeks to stay this action pending the Fourth Circuit's consideration of United States v. Taylor, No. 19-7616, in which a certificate of appealability was granted, in part, on the issue of whether a conviction pursuant to 18 U.S.C. § 924(c) is subject to vacatur when the indictment charges multiple predicates, one of which is invalid. Counsel for Petitioner consents to the Motion to Stay. (Doc. No. 8 at 2). The Court finds that the Motion to Stay is in the interest of justice and judicial economy and will be granted.

1

**IT IS, THEREFORE, ORDERED** that:

1. The Government's Motion to Stay, (Doc. No. 8), is **GRANTED**.

2. This case is held in abeyance pending the Fourth Circuit's consideration of <u>Taylor</u>, No. 19-7616. The Government shall have **sixty (60) days** following the Fourth Circuit's issuance of its mandate in <u>Taylor</u> file an answer, motion, or other response to the § 2255 Motion to Vacate.

Signed: May 18, 2020

Robert J. Conrad, Jr.
United States District Judge